IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
July 21, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:00CR00104-002 |
| v.  ) | **OPINION AND ORDER** |
| ) | |
| **SAMUEL STEPHEN EALY,** ) | J<span>UDGE</span> J<span>AMES</span> P. J<span>ONES</span> |
| ) | |
| Defendant.  ) | |

The defendant, previously sentenced by this Court, has filed a Motion to Cancel Liability for Fine, arguing that his liability for the fine imposed has expired. The Government has responded, contending that (1) by statute, 18 U.S.C. § 3613(b), his fine has not expired; (2) his motion is moot, since he has paid his fine; and (3) this Court lacks authority to modify or remit the fine because the Government has not petitioned the Court to do so.

After a careful review of the issues, I agree with the Government, at least as to points (1) and (2). Accordingly, it is **ORDERED** that the motion, ECF No. 1392, is DENIED.

ENTER: July 21, 2025

/s/ J<span>AMES</span> P. J<span>ONES</span>
Senior United States District Judge