CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
January 06, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:00CR00104-002 |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| **SAMUEL STEPHEN EALY,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.   ) | |

For the reasons stated in the accompanying Opinion, the defendant's Motion to Vacate under 28 U.S.C. § 2255 is DISMISSED. A Certificate of Appealability is DENIED.

It is so **ORDERED**.

ENTER:   January 6, 2026

/s/  JAMES P. JONES
Senior United States District Judge